**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOHO CO., LTD., | |
| Plaintiff, | Civil Action No.: 1:22-cv-03567 |
| v. | Judge Franklin U. Valderrama |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff, TOHO CO., LTD. ("TOHO" or "Plaintiff"), by and through its undersigned counsel, respectfully requests that it be given leave to file its brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Counterfeit GODZILLA Products; (2) a temporary restraint of Defendants' assets to preserve TOHO'S right to an equitable accounting; (3) expedited discovery allowing TOHO to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Counterfeit GODZILLA Products and Defendants' financial accounts; and (4) service by electronic mail and/or electronic publication (collectively, the "Ex Parte Motion for TRO"). Plaintiff's *Ex Parte* Motion for TRO includes four (4) distinct issues regarding TOHO's intellectual property rights, each of which must be decided simultaneously. TOHO's brief contains necessary substantive content relevant to each issue that should be considered. TOHO's brief is less than 35 pages, which is substantially less than the 60-page limit allowed if four motions were filed separately. TOHO, therefore, respectfully requests that it be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

DATED: July 12, 2022 Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***